| AO 10<br>Rev. 1/2021 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2020 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pratt, Tanya M. | 2. Court or Organization<br><br>United States District Court, Southern District of Indiana | 3. Date of Report<br><br>07/24/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>Birch Bayh Federal Courthouse<br>46 E. Ohio Street<br>Suite 330<br>Indianapolis, IN 46204 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board | UNCF |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | Indiana Judges Pension Fund |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pratt, Tanya M. | 07/24/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 07/24/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 07/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. series EE savings bonds | A | Interest | J | T | | | | | |
| 2. series I savings bonds | A | Interest | J | T | | | | | |
| 3. Chase Bank | A | Interest | L | T | | | | | |
| 4. PNC (savings) | B | Interest | L | T | | | | | |
| 5. Huntington Bank Account | A | Interest | K | T | Open | 02/08/20 | K | | |
| 6. APPL (Apple) stock | A | Dividend | K | T | | | | | |
| 7. ARBA (Ariba Inc.) stock | A | Dividend | | | Sold | 10/10/20 | J | A | |
| 8. CBMC (Calyptc biomed) stock (X)(H) | A | Int./Div. | | | Closed | 04/06/20 | J | | |
| 9. CHK (Chesapeake Energy) stock | A | Int./Div. | | | Sold | 10/10/20 | J | A | |
| 10. ERIC (Erricsson) stock | A | Dividend | J | T | | | | | |
| 11. MSTR (Microstrategy Inc.) | A | Dividend | J | T | | | | | |
| 12. WBMD (Web MD) | A | Interest | | | Sold | 02/12/20 | J | A | |
| 13. Allianz IRA | B | Interest | M | T | | | | | |
| 14. Indiana 529 Plan: Core Bond Index Profile | A | Interest | J | T | | | | | |
| 15. Vanguard Institutional Index Fund | A | Interest | J | T | | | | | |
| 16. Artio International Equity II Fund | A | Interest | J | T | | | | | |
| 17. Indiana 529 Plan: Large Cap Index Portfolio Class A | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratt, Tanya M. | 07/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Indiana 529 Plan: International Index Portfolio Class | A | Interest | J | T | | | | | |
| 19. Bank of America (Savings acct) | A | Interest | J | T | | | | | |
| 20. Citigroup | A | Dividend | J | T | | | | | |
| 21. EMB-Ishares JP Morgan ETF | A | Dividend | J | T | | | | | |
| 22. PCY-Power Shares EM MAR ETF | A | Dividend | J | T | | | | | |
| 23. VCIT-Vanguard Intermediate ETF | A | Dividend | J | T | | | | | |
| 24. VCSH-Vanguard Short Term ETF | A | Dividend | J | T | | | | | |
| 25. VEA-Vanguard MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 26. PCRIX-PIMCO FDS PAC INVT | A | Interest | K | T | | | | | |
| 27. XLF-Financial Select Sector SPDR | A | Interest | J | T | | | | | |
| 28. XLI-Industrial Select Sector SPDR | A | Interest | J | T | | | | | |
| 29. XLK-Technology Select Sector SPDR | A | Interest | J | T | | | | | |
| 30. XLV-Healthcare Sector SPDR | A | Interest | J | T | | | | | |
| 31. TIP-Ishares TIP Bond ET | A | Dividend | J | T | | | | | |
| 32. FESGX-First Eagle S Global | A | Dividend | J | T | | | | | |
| 33. PAUCX-PIMCO All Asset All Authority Fund | A | Dividend | J | T | | | | | |
| 34. IWM-Ishares Russell 2000 ETF | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratt, Tanya M.** | 07/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. IEMG-Ishares Emerging Markets ETF | A | Int./Div. | J | T | Buy (add'l) | 03/05/20 | J | | \ |
| 36. Ishares IBOXX$ ETF high yield | A | Dividend | J | T | Buy | 02/22/20 | J | | |
| 37. IJH -Ishares Core S&P MID ETF. | A | Interest | K | T | | | | | |
| 38. IVV-Ishares Core S&P 500 ETF | A | Interest | J | T | | | | | |
| 39. AGG-Ishares Core U.S. ETF | B | Int./Div. | L | T | | | | | |
| 40. HYG-Ishares JP Morgan ETF USD Emerging Mkt Bond | A | Interest | J | T | | | | | |
| 41. Ishares IBOXX$ ETF high yield | A | Interest | J | T | | | | | |
| 42. MBB-Ihsares MBS ETF | A | Interest | J | T | | | | | |
| 43. XLY-Select sector SPRD ETF | A | Interest | J | T | | | | | |
| 44. RWO-SPDR Dow Jones ETF Global Real Estate | A | Int./Div. | J | T | | | | | |
| 45. EMB Ishares JP Morgan ETF USD Emerging Markets Bond | A | Int./Div. | J | T | | | | | |
| 46. HYLB XTRACKERS USD High ETFYield Corp Bond | A | Dividend | J | T | | | | | |
| 47. ARCX Ishares Tips Bond ETF | A | Dividend | J | T | | | | | |
| 48. IEF Ishres Trust ISHARES 7 10 year TR(x) | A | Dividend | J | T | | | | | |
| 49. PGBOX JP MORGAN TR II Core BD FD ULTRA (X) | A | Dividend | | | Sold | 07/13/20 | J | A | |
| 50. MJGXX JP Morgan US GOV MONEY MARKET (X) | A | Dividend | | | Sold | 07/13/20 | J | A | |
| 51. PTTRX PIMCO TOTAL RETURN FUND (X) | B | Dividend | | | Sold | 07/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratt, Tanya M.** | 07/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. PBDAX PIMCO INVESTMENT GRADE CREDIT BO (X) | A | Dividend | | | Sold | 07/13/20 | J | A | |
| 53. PRCIX ROWE T PRIC NEW INCOME FD INC C (X) | A | Dividend | | | Sold | 07/13/20 | J | A | |
| 54. CUSDX SIX IRCLES TR ULTRA Short Durat (X) | A | Dividend | | | Sold | 07/13/20 | J | A | |
| 55. ARCX:BSX VANGUARD Short Term Bond ETF (X) | A | Dividend | | | Sold | 07/13/20 | J | A | |
| 56. VTABX VANGUARD CHARLOTTE FDS Total INT (X) | A | Dividend | J | T | | | | | |
| 57. VGTSX VANGUARD TOTAL INTERNATIONAL BOND X | A | Dividend | J | T | | | | | |
| 58. Select Sector SPDR ETF Communiccation SVCS XLX | D | Dividend | J | T | Buy | 07/13/20 | J | | |
| 59. VANGUARD FTSE ETF Developed Markets ETF VEA | E | Dividend | K | T | Buy | 07/13/20 | K | | |
| 60. VANGUARD Health Care ETF VHT | C | Dividend | J | T | Buy | 07/13/20 | J | | |
| 61. VANGUARD intermediate Bond VCIT | D | Dividend | J | T | Buy | 07/13/20 | J | | |
| 62. VANGUARD MID CAPETF VO | E | Dividend | K | T | Buy | 07/13/20 | J | | |
| 63. MODERNA MRNA | D | Int./Div. | J | T | Buy | 05/07/20 | J | | |
| 64. PFIZER PFE | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 65. Blackrock Index FDS INC ISHARES INTL BTMKX | A | Dividend | J | T | Buy | 01/24/20 | J | | |
| 66. FIDELITY SALEM STR TR 500 index fund FXAIX | B | Dividend | K | T | Buy | 01/24/20 | K | | |
| 67. ISHARES CORE MSCI IEMG | A | Dividend | J | T | Buy | 01/24/20 | J | | |
| 68. JP MORGAN EXCHANGE BBCA | A | Dividend | J | T | Buy | 01/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratt, Tanya M.** | 07/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. JP MORGAN EXCHANGE BBAX | A | Dividend | J | T | Buy | 01/24/20 | J | | |
| 70. SIX CIRCLES TR INTL UNCONSTRAINED EQUITY CIUEX | A | Dividend | J | T | Buy | 01/24/20 | J | | |
| 71. VANGUARD INDEX TR | A | Dividend | J | T | Buy | 01/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratt, Tanya M.** | 07/24/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Changes from my last report:

The ███████ Trust listed at VII. 51 in the last report was distributed on death in 2019 so it was removed from the 2020 report.

The CBMC (Calyptc biomed stock) at VII. 7 was terminated or closed in 2020 and the explaination onthe fund (Charles Schwab) was "Registrtion revoked by SEC"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tanya M. Pratt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544